1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   SATURNINO VARGAS-RIVERA

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,      )  No.  CR-S-11-0197-GEB
11                                 )
                    Plaintiff,     )  STIPULATION AND [PROPOSED] ORDER
12                                 )  TO CONTINUE STATUS CONFERENCE
         v.                        )
13                                 )
    SATURNINO VARGAS-RIVERA        )  Date:  September 16, 2011
14                                 )  Time:  9:00 a.m.
                    Defendant.     )  Judge: Hon. Garland E. Burrell, Jr.
15                                 )
    _____)
16
         The parties request that the status conference in this case be
17
    continued from August 26, 2011, to September 16, 2011 at 9:00 a.m.  They
18
    stipulate that the time between August 26, 2011 and September 16, 2011
19
    should be excluded from the calculation of time under the Speedy Trial
20
    Act.  The parties stipulate that the ends of justice are served by the
21
    Court excluding such time, so that counsel for the defendant may have
22
    reasonable time necessary for effective preparation, taking into account
23
    the   exercise   of   due   diligence.   18   U.S.C.   §3161(h)(7)(B)(iv).
24
    Specifically, counsel needs additional time to negotiate a resolution to
25
    this matter and to investigate the facts of the case. The parties
26
    stipulate and agree that the interests of justice served by granting this
27
    continuance outweigh the best interests of the public and the defendant
28

1  in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2  Dated: August 25, 2011                    Respectfully submitted,

3                                            DANIEL BRODERICK
                                             Federal Defender
4
                                             */s/ Douglas Beevers*
5
                                             _____
6                                            DOUGLAS BEEVERS
                                             Assistant Federal Defender
                                             Attorney for Defendant
7                                            SATURNINO VARGAS-RIVERA

8  Dated: August 25, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney
9

10                                           */s/ Michele Beckwith*

11                                           _____
                                             Michele Beckwith
                                             Assistant United States Attorney
12
                                  **ORDER**
13

14      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

15 ordered that the status conference presently set for August 26, 2011, be

16 continued to September 16, 2011, at 9:00 a.m. Based on the representation

17 of counsel and good cause appearing therefrom, the Court hereby finds

18 that the ends of justice to be served by granting a continuance outweigh

19 the best interests of the public and the defendant in a speedy trial.  It

20 is ordered that time from the date of this Order, to and including, the

21 September 16, 2011, status conference shall be excluded from computation

22 of time within which the trial of this matter must be commenced under the

23 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
   T-4.
24

25 Dated:  September 12, 2011

26
                                _____
27                              GARLAND E. BURRELL, JR.
                                United States District Judge
28


Stip and Order                         -2-