```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SATURNINO VARGAS-RIVERA
7
8                IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )  No.  CR-S-11-0197-GEB
                                  )
12            Plaintiff,          )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING STATUS CONFERENCE AND
13       v.                       )  EXCLUDING TIME
                                  )
14 SATURNINO VARGAS-RIVERA        )
                                  )  Date:  October 21, 2011
15            Defendant.          )  Time:  9:00 a.m.
                                  )  Judge: Hon. Garland E. Burrell, Jr.
16 _____)
```

17       The parties request that the status conference in this case be
18 continued from October 7, 2011 to October 21, 2011 at 9:00 a.m.  They
19 stipulate that the time between October 7, 2011 and October 21, 2011
20 should be excluded from the calculation of time under the Speedy Trial
21 Act.  The parties stipulate that the ends of justice are served by the
22 Court excluding such time, so that counsel for the defendant may have
23 reasonable time necessary for effective preparation, taking into account
24 the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).
25 Specifically, counsel needs additional time to continue negotiations
26 toward resolution of this matter and to investigate the facts of the
27 case. The parties stipulate and agree that the interests of justice
28 served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

| | |
|---|---|
| Dated: October 5, 2011 | Respectfully submitted,<br>DANIEL BRODERICK<br>Federal Defender<br>*/s/ Douglas Beevers*<br><br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>SATURNINO VARGAS-RIVERA |
| Dated: October 5, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br>*/s/ Michele Beckwith*<br><br>Michele Beckwith<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 7, 2011, be continued to October 21, 2011 at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order to and including the October 21, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  October 6, 2011

GARLAND E. BURRELL, JR.
United States District Judge